NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARBOR GLOBAL STRATEGIES, LLC,**

*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD.,**

*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Intervenor*

---

2022-1465, 2022-1466, 2022-1467

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01020, IPR2020-01021, IPR2020-01022.

-------------------------------------------------

**ARBOR GLOBAL STRATEGIES, LLC,**

*Appellant*

**v.**

**XILINX, INC., TAIWAN SEMICONDUCTOR MANUFACTURING CO. LTD.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

————————————

2022-1549, 2022-1550, 2022-1551, 2022-1552

————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01567, IPR2020-01568, IPR2020-01570, IPR2020-01571.

————————————

**JUDGMENT**

————————————

DANIEL NOAH LERMAN, Kramer Levin Naftalis & Frankel LLP, Washington, DC, argued for appellant. Also represented by PAUL J. ANDRE, JAMES R. HANNAH, LISA KOBIALKA, Redwood Shores, CA, JEFFREY PRICE, New York, NY.

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for appellees Samsung Electronics Co., Ltd., Taiwan Semiconductor Manufacturing Company, Ltd. Samsung Electronic Co., Ltd. also represented by WILLIAM H. BURGESS, CHRISTOPHER MIZZO; MEREDITH ZINANNI, Chicago, IL.

JAMES M. GLASS, Quinn Emanuel Urquhart & Sullivan,

LLP, New York, NY, for appellee Taiwan Semiconductor Manufacturing Company, Ltd. Also represented by ERIC HUANG.

JEFFREY SHNEIDMAN, Fish & Richardson P.C., Boston, MA, argued for appellee Xilinx, Inc. Also represented by KENNETH WAYNE DARBY, DAVID M. HOFFMAN, Austin, TX; JOHN A. DRAGSETH, Minneapolis, MN.

DANA KAERSVANG, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BRIAN M. BOYNTON, JOSHUA MARC SALZMAN; MICHAEL S. FORMAN, FARHEENA YASMEEN RASHEED, MICHAEL TYLER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, LINN, and STARK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 16, 2024
Date

Jarrett B. Perlow
Clerk of Court